NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Brett L. Gibbs
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941

FILED
2012 AUG -1 PM 3:49
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

ATTORNEYS FOR: AF Holdings LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| AF HOLDINGS LLC | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV12-6636 RSWL (FFMx) |
| v. | |
| JOHN DOE | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  AF HOLDINGS LLC
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| AF HOLDINGS LLC | PLAINTIFF |

JULY 25, 2012                         *Brett Gibbs*
Date                                  Sign

BRETT GIBBS, Of Counsel to Prenda Law Inc.
Attorney of record for or party appearing in pro per

CV-30 (04/10)                 NOTICE OF INTERESTED PARTIES