# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF Holdings LLC | **CASE NUMBER:** |
| PLAINTIFF(S) | 2:12-cv-06636-ODW-JCx |
| v. | |
| John Doe | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| | | Brett Gibb |
|---|---|---|
| 5/21/13 | 29 | Motion to withdraw as plf attorney |
| Date Filed | Doc. No. | Title of Doc. |

**ERRORS WITH DOCUMENT**

no notice, no memorandum..
pdf is a "motion" combined with
   it is so order" on last page

☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☐ Incorrect event selected.  Correct event to be used is _____
☐ Case number is incorrect or missing
☑ Hearing information is missing, incorrect, or not timely   no hearing
☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
☐ Case is closed
☑ Proposed Document was not submitted as separate attachment   see below re proposed orders
☐ Title page is missing
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☐ A Certificate of Good Standing is not attached to pro hac vice application
☑ Other: text of the" motion" is a request...

**Note:** In response to this notice, the Court may:  1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate.  You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: 5/22/13      By: L Chai    213-894-5730
                                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**